DAVID S KOHM AND ASSOCIATES
610 UPTOWN BOULEVARD SUITE 2000
CEDAR HILL, TX 75104

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

IN RE:
EDWARD ADRIAN PEREZ (SSN: XXX-XX-4445)
BARBARA GONZALEZ PEREZ (SSN: XXX-XX-1266)
    Debtors

Case No: 16-34155-SGJ-13
Hearing Date: 1/17/2019

### Debtors' Modification of Plan after Confirmation
Date: 12/4/2018

To the Honorable Bankruptcy Judge:

Pursuant to 11 U.S.C. Section 1329, the Debtors request the following Modification of Debtors' Confirmed Plan herein:

### Trustee's History of Case

| | |
|---|---|
| Date Filed: October 26, 2016 | Total Payments Received to Date: $36,994.00 |
| Date of 341: December 08, 2016 | Total Payments to be Current: $39,550.00 |
| Date Confirmed: January 30, 2017 | Total Amount Delinquent: $2,556.00 |
| | To Be Current Calculated Through: November 25, 2018 |

### Modification of Debtor Payments to Trustee

* Change monthly payment amount from $1,582.00 per month to $1,582.00 X 1; 1,678.00 X 11; and/or

* The above change(s) will result in a new "BASE AMOUNT" of $57,034.00 (total due to Trustee under Plan, if all payments timely made). AND

* Payments to the Trustee in the amount of $1,582.00 will resume on or before 12/25/2018.

### Modification of Trustee Payments to Creditors

* No Changes.

### Debtor Attorney Fees

Debtor's attorney shall be allowed an additional fee for this Modification in the total amount of $400.00 of which $0.00 is to be paid direct and $400.00 is to be paid by the Trustee.

### Reason for Modification

This modification is requested for the following reason(s):
* To cure arrears to the Trustee.

Debtors' Modification of Plan after Confirmation, Page 2
Case # 16-34155-SGJ-13
EDWARD ADRIAN & BARBARA GONZALEZ PEREZ

### Conditions

This modification will be approved with the following condition(s):

- Must remain 100% Plan.
- Wage Directive must be submitted on or before 01/17/2019.
- If payment is increasing the debtor(s) will be responsible for making the increased portion until the amended Wage Directive takes effect.

Respectfully Submitted,

By: _____
DAVID S KOHM AND ASSOCIATES
Name: David Pessico
State Bar Number: 17369490

Debtors' Modification of Plan after Confirmation, Page 3
Case # 16-34155-SGJ-13
EDWARD ADRIAN & BARBARA GONZALEZ PEREZ

## Debtors' Modification of Plan after Confirmation

Notice is hereby given that pursuant to 11 U.S.C. Section 1329, the attached Debtors' Modification of Plan After Confirmation dated 12/4/2018, will be approved by the Court without hearing, as the Debtors' Modified Chapter 13 Plan unless a party in interest files a written "Objection to Modification" WITHIN TWENTY FOUR (24) DAYS OF SERVICE (MAILING) HEREOF, provided the Modified plan is recommended by the Standing Chapter 13 Trustee and the Debtor has made any subsequent payments under the Modified Plan.

TO BE CONSIDERED, AN "OBJECTION TO MODIFICATION" MUST BE MADE IN WRITING, FILED WITH THE COURT, AND A COPY SERVED ON THE FOLLOWING PARTIES NO LATER THAN 24 DAYS AFTER SERVICE OF THIS MODIFICATION.

| | |
|---|---|
| Debtors: | EDWARD ADRIAN PEREZ & BARBARA GONZALEZ PEREZ, , 1419 WINDMILL LANE, MESQUITE, TX 75149 |
| Attorney: | DAVID S KOHM AND ASSOCIATES, 610 UPTOWN BOULEVARD SUITE 2000, CEDAR HILL, TX 75104 |
| Court: | CLERK'S OFFICE, US BANKRUPTCY COURT, 1100 COMMERCE ST., 12TH FLOOR, DALLAS, TEXAS, 75202 |
| Trustee: | TRUSTEE'S OFFICE, 125 E. JOHN CARPENTER FREEWAY, SUITE #1100, IRVING, TEXAS 75062 |

## Notice of Court Hearing and Trustee's Pre-Hearing Conference

On **1/17/2019**, which is *at least twenty four (24) days* from the date of service hereon, a Pre-Hearing Conference with the Standing Chapter 13 Trustee, on the attached " Debtors' Modification of Plan after Confirmation" will be at 8:30 o'clock a.m. at:

105 Decker Court, Suite 120, 1st Floor, Irving, TX 75062

Any objections to the proposed Modification not resolved or defaulted at the Trustee's Pre-Hearing Conference will be heard by the Court at **2:00 PM** on **01/17/2019** at:

1100 Commerce Street, Fourteenth Floor, Dallas, Texas

YOU DO NOT HAVE TO ATTEND THE TRUSTEE'S PRE-HEARING CONFERENCE OR COURT HEARING UNLESS YOU OBJECT TO THE MODIFICATION.

## Certificate of Service

I hereby certify that a true copy of the foregoing "Notice of Hearing on Debtors' Modification of Plan After Confirmation" and "Notice of Court Hearing and Trustee's Pre-Hearing Conference" thereon with a copy of the " Debtors' Modification of Plan After Confirmation" attached has been served by me on or before 12/24/2018, on the parties listed on the attached matrix by United States First Class Mail or via electronic mail.

By: _____
DAVID S KOHM AND ASSOCIATES
Name: David Kohm
State Bar Number: 11730545

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-3<br>Case 16-34155-sgj13<br>Northern District of Texas<br>Dallas<br>Wed Dec  5 14:12:14 CST 2018 | Dallas County<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o Sherrel K Knighton<br>2777 N. Stemmons Frwy Ste 1000<br>Dallas, TX 75207-2328 | RUSHMORE LOAN MANAGEMENT SERVICES LLC<br>PO Box 55004<br>Irvine, CA 92619-5004 |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | 1100 Commerce Street<br>Room 1254<br>Dallas, TX 75242-1305 | AFNI<br>PO Box 3097<br>Bloomington, IL 61702-3097 |
| AFNI, Inc.<br>1310 Martin Luther King Dr.<br>Bloomington, IL 61701-1465 | AT&T<br>P.O. Box 5014<br>Carol Stream, IL. 60197-5014 | AT&T Mobility II LLC<br>%AT&T SERVICES INC.<br>KAREN A. CAVAGNARO  LEAD PARALEGAL<br>ONE AT&T WAY, SUITE 3A104<br>BEDMINSTER, NJ. 07921-2693 |
| AT&T Services, Inc.<br>James Grudus, Esq.<br>One AT&T Way, Room 3A218<br>Bedminster, NJ 07921-2693 | Amcol Systems<br>P.O. Box 21625<br>Columbia, SC 29221-1625 | American Credit Bureau<br>P.O. Box 4545<br>Boynton Beach, FL 33424-4545 |
| Asset Acceptance<br>P O Box 2036<br>Warren, MI 48090-2036 | Attorney General<br>Collection Division/BK Section<br>P.O. Box 12548<br>Austin, TX 78711-2548 | BTDI JV LLP<br>P.O. Box 102107<br>Atlanta, GA 30368-2107 |
| Baylor Centralized<br>2001 Bryan St., Ste. 2600<br>Dallas, TX 75201-3065 | Baylor Family Medical at Mesquite<br>1575 I 30<br>Mesquite, TX 75150-6905 | Baylor Medical Center at Garland<br>2300 Marie Curie Dr.<br>Garland, TX 75042-5706 |
| Capital One<br>P.O. Box 85619<br>Richmond, VA 23285-5619 | Capital One<br>PO Box 60599<br>City of Industry, CA 91716-0599 | Chris Turner, D.C.<br>2135 Ridge Rd., Ste. 102<br>Rockwall, TX 75087-5171 |
| Collection Bureau Hudson Valley<br>155 N. Plank Road<br>Newburgh, NY 12550-1748 | Collection Bureau Hudson Valley<br>P.O. Box 831<br>Newburgh, NY 12551-0831 | (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 |
| Credence Resource Management, LLC<br>17000 Dallas Parkway, Ste. 204<br>Dallas, TX 75248-1940 | Credit America<br>101 Grovers Mill Road, Suite 303<br>Lawrenceville, NJ  08648-4706 | Credit Collection Service<br>P.O. Box 55126<br>Boston, MA 02205-5126 |
| Credit Collection Service<br>Two Wells Avenue<br>Newton, MA 02459-3246 | Credit Collection Services<br>725 Canton Street<br>Norwood, MA. 02062-2679 | Credit One Bank<br>P.O. Box 98873<br>Las Vegas, NV 89193-8873 |

Credit System International, Inc.
1277 Country Club Ln.
Fort Worth, Texas 76112-2304

Credit System International, Inc.
PO Box 1088
Arlington, Texas 76004-1088

Dallas Postal Credit Union
13651 Montfort
Dallas, TX 75240-4500

Dental Works, Inc.
715 W. Wheatland Rd.
Duncanville, TX 75116-4520

Dental Works, Inc.
P.O. Box 643005
Cincinnati, OH 45264-3005

Dentalworks Network Provider Associates
Creek Crossing Dental Care
P.O. Box 31583
Independence, OH 44131-0583

Direct Energy
12 Greeway Plaza, Suite 250
Houston, TX 77046-1211

Direct Energy
P.O. Box 660300
Dallas, TX 75266-0300

EOS, CCA
700 Longwater Dr.
Norwell, MA 02061-1624

Enhanced Recovery Corp.
8014 Bayberry
Jacksonville, Florida 32256-7412

Enhanced Recovery Corp.
P.O. Box 57547
Jacksonville, FL 32241-7547

Escallate Inc
5200 Stoneham RD Suite 200
Canton, OH 44720-1584

(p)FIRST NATIONAL COLLECTION BUREAU
50 W LIBERTY ST
STE 250
RENO NV 89501-1973

First Premier Bank
601 S. Minnesota Ave.
Sioux Falls, SD 57104-4868

First Premier Bank
P.O. Box 2208
Vacaville, CA 95696-8208

GFC Financial Solutions, Inc.
P.O. Box 4865
Beaverton, OR 97076-4865

Gideon Receivables Management
P.O. Box 916
Edmond, OK. 73083-0916

Health Texas Provider Network
P.O. Box 842001
Dallas, TX 75284-2001

Health Texas Provider Network
PO Box 844128
Dallas, TX 75284-4128

IC Systems
444 Highway, 96 East
St. Paul, MN 55127-2557

IC Systems
P.O. Box 64794
St. Paul, MN 55164-0794

Imaging Mesquite
1425 Gross Road, Suite 130
Mesquite, TX 75149-1362

Innovative Emergency Physicians
9 Harbour Town Court
Frisco, TX 75034-6819

Innovative Emergency Physicians
Dept. 960390
Oklahoma City, OK 73196-0390

Innovative Emergency Physicians
P.O. Box 2168
Edmond, OK 73083-2168

Internal Revenue Service
Special Procedures - Insolvency
P.O. Box 7346
Philadelphia, PA 19101-7346

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Kansas Counselors, Inc.
Dept. 1759, P.O. Box 4115
Concord, CA 94524-4115

Kansas Counselors, Inc.
P.O. Box 14765
Shawnee Mission, KS 66285-4765

Kinum, Inc.
2133 Upton Drive, Suite 126-129
Virginia Beach, VA 23454-1193

Law Office of David S Kohm & Associates
1414 W Randol Mill Rd
Ste 210
Arlington, TX 76012-3159

Mary C. Jennings, MD
4501 Mission Bay Drive 1E
San Diego, CA 92109-4926

Medicrecit Inc.
7676 Hillmont, Ste. 250
Houston, TX 77040-6423

Medirevv, Inc.
2600 University Parkway
Coralville, IA 52241-3204

Mesquite Public Library
300 W. Grubb Drive
Mesquite, TX 75149-3492

Metro ENT, P.A.
5308 N. Galloway, Ste. 201
Mequite, TX 75150-1125

Midland Credit Management, Inc.
2365 Northside Drive, Suite 300
San Diego, CA 92108-2709

Montgomery Ward
1112 7th Avenue
Monroe, WI 53566-1364

Montgomery Ward
c/o Creditors Bankruptcy Service
P.O. Box 800849
Dallas, TX 75380-0849

Music and Arts a Division of Guitar Cent
4626 Wedgwood Blvd.
Frederick, MD 21703-7159

Neighborhood Credit Union
P.O. Box 803476
Dallas, Texas 75380-3476

Northland Group
P.O. Box 390846
Edina, MN. 55439-0846

P & B Capital Group, LLC
369 Washington Street, Ste. 100
Buffalo, NY 14203-2118

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Palomar Health
555 E. Valley Pkwy
Escondido, CA 92025-3084

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Praxis Financial Solutions
7301 N Lincoln Ave, #220
Lincolnwood, IL 60712-1733

Premier Gastroenterology of Texas
P.O. Box 841101
Dallas, TX 75284-1101

Premier OB-GYN Center, P.A.
341 Wheatfield Drive, Ste. 270
Sunnyvale, TX 75182-4644

Professional Account Management
P.O. Box 866608
Plano, TX 75086-6608

Quest Diagnostics
PO Box 740779
Cincinnati, OH 45274-0779

Select Portfolio Servicing, Inc.
Attn: Bankruptcy Department
3217 S. Decker Lake Drive
Salt Lake City, UT 84119-3284

Select Portfolio Servicing, Inc.
Attn: Bankruptcy Department
P.O. Box 65277
Salt Lake City, UT 84165-0277

Select Portfolio Servicing, Inc.
PO Box 65250
Salt Lake City, UT 84165-0250

Servpro of Northeast Dallas
12500 Shroeder Rd, #100
Dallas, TX 75243-1844

Southwest Cardiac Associates
5308 N. Galloway, #100
Mesquite, TX 75150-1125

Swiss Colony
1112 7th Avenue
Monroe, WI 53566-1364

Texas Alcohol Beverage Commission
License & Permit Division
P.O. Box 13127
Austin, TX 78711-3127

Texas Lung Center, P.A.
3600 Gaston Avenue, Suite 806
Dallas, TX 75246-1808

Texas Regional Medical Center
231 S. Collins Rd.
Sunnyvale, TX 75182-4624

| | | |
|---|---|---|
| Texas Regional Medical Center<br>P.O. Box 3475<br>Toledo, OH  43607-0475 | Texas Workforce Commission<br>Tax Dept. Collection<br>BK Room 556-A<br>Austin, TX 78778-0001 | The CBE Group Inc.<br>1309 Technology Pkwy<br>Cedar Falls, IA 50613-6976 |
| Thomas Powers<br>125 E. John Carpenter Freeway<br>Suite 1100<br>Irving, TX 75062-2288 | Touch Stone Imaging<br>1425 Gross Road, Ste. 130<br>Mesquite, TX 75149-1362 | U.S. Bank Trust National Association, as Tru<br>C/O SN Servicing Corp.<br>323 5th Street<br>Eureka, CA 95501-0305 |
| United Revenue Corp.<br>204 Billings Suite 120<br>Arlington, Texas 76010-2495 | United States Attorney<br>1100 Commerce St., 3rd Floor<br>Dallas, TX 75242-1074 | United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 |
| William T. Neary<br>Office of the U.S. Trustee<br>1100 Commerce Street, Room 976<br>Dallas, Texas 75242-1011 | Barbara Gonzalez Perez<br>1419 Windmill Lane<br>Mesquite, TX 75149-6853 | David S. Kohm<br>David S. Kohm & Associates<br>610 Uptown Blvd, Suite 2000<br>Cedar Hill, TX 75104-3528 |
| Edward Adrian Perez<br>1419 Windmill Lane<br>Mesquite, TX 75149-6853 | Thomas Powers<br>105 Decker Court, STE 1150<br>Irving, TX 75062-3137 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Comptroller of Public Accounts<br>Revenue Accounting Division<br>P.O. Box 13528<br>Austin, TX 78711 | First National Collection Bureau<br>610 Waltham Way<br>Sparks, NV  89434 | Jefferson Capital Systems, LLC<br>16 McLeland Road<br>Saint Cloud, MN 56303 |
| (d)Jefferson Capital Systems, LLC<br>P.O. Box 7999<br>Saint Cloud, MN 56302-9617 | Portfolio Recovery Associates, LLC<br>c/o Capital One Bank, N.a.<br>POB 41067<br>Norfolk VA 23541 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)SELECT PORTFOLIO SERVICING, INC. | (u)U.S. Bank Trust National Association as Tr | (d)Dallas County<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o Sherrel K Knighton<br>2777 N. Stemmons Frwy Ste 1000<br>Dallas, TX 75207-2328 |

(d)Rushmore Loan Management Services, LLC
P.O. Box 55004
Irvine, CA 92619-5004

End of Label Matrix
Mailable recipients   103
Bypassed recipients     4
Total                 107